# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

CELESTINE MARCH-CARNEY      )
                                       )
v.                                  ) NO. 3:04-0116
                                       ) JUDGE CAMPBELL
UNITED STEELWORKERS LOCAL    )
1055 ASSOCIATION, INC., et al.      )

## ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge dated August 18, 2005 (Docket No. 96) and a Report and Recommendation of the Magistrate Judge dated August 19, 2005 (Docket No. 97). Plaintiff has filed objections to the second Report and Recommendation at Docket Nos. 100 and 101. The Court has reviewed the Magistrate Judge's findings, the objections, and the record.

For the reasons stated in the accompanying Memorandum, Plaintiff's objections are OVERRULED, and the two Reports and Recommendations (Docket Nos. 96 and 97) are ADOPTED and APPROVED. Defendant Bridgestone/ Firestone's Motion to Dismiss (Docket No. 50) is DENIED, and Defendants' Motions for Summary Judgment (Docket Nos. 62 and 80) are GRANTED.

The pretrial conference set for December 2, 2005, and the jury trial set for December 13, 2005, are canceled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE